IH-14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
┌─────────────────────────────────────────┐
│                                          │
│         UNITED STATES OF AMERICA         │
│                against                   │
│      GABRIEL  CARRILLO                   │
│                                          │
│   (Alias)_____ │
│                                          │
│                                          │
│   _____        │
│                                          │
│                    Please PRINT Clearly  │
└─────────────────────────────────────────┘
```

U.S. DISTRICT COURT
FILED
OCT 10 2007
S.D. OF N.Y.

*07 CR. 928*
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF**
**APPEARANCE**

J. MICHAEL M<sup>C</sup>MAHON
TO: ▓▓▓▓▓▓▓ CLERK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE
ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

1. [  ] CJA    2. [X] RETAINED    3. [  ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [  ] NO    [X] YES - IF YES GIVE YOUR DATE OF
ADMISSION. MO.__9__ YR. _1984_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STAN-
DING FROM THE _New York_ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE
LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

WHITE PLAINS
DATED: NEW YORK, NEW YORK
October 10, 2007

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

Telesford Del Valle, Jr.
Attorney for Defendant

Del Valle & Associates
Firm name if any

445 Park Avenue
Street address

New York, N.Y.    10022
City           State           Zip

(212) 481-1900
Telephone No

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186