

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

**MEMO ENDORSED**

April 10, 2008

Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:  United States v. Gabriel Carrillo
           07 Cr. 928 (SCR)

Dear Judge Robinson:

    I write on behalf of the Government to request an adjournment of the next conference in the above-referenced case to April 17, 2008 at noon.

    The Government respectfully requests that time be excluded from today, up to and including April 17, 2008 pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial. Telesforo Del Valle, Jr., Esq., counsel for the defendant, has advised the Government that he consents to such exclusion of time.

*Time is excluded from April 10, 2008 through April 17, 2008 in the interests of justice and for the reasons set forth above.*

**SO ORDERED**
*/s/ Stephen C. Robinson*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
4/10/08

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: */s/ Marcia S. Cohen*
Marcia S. Cohen
Assistant U.S. Attorney
(914) 993-1902

cc: Telesforo Del Valle, Jr., Esq.

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED:*