ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | REPORT AND RECOMMENDATION |
| Plaintiff, | : | |
| −v− | : | 07 Cr. 928 (SCR)(LMS) |
| GABRIEL CARRILLO, | : | |
| Defendant(s) | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:    The Honorable Stephen C. Robinson,, United States District Judge:

This written Report and Recommendation is respectfully submitted to report that on April 16, 2008, the above-noted defendant entered a guilty plea in this matter, as set forth in the transcript of the plea proceeding, which is transmitted with this written Report and Recommendation.  In accordance with my oral Report and Recommendation at the close of the plea proceeding, I respectfully report that the plea accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure, and I further recommend that Your Honor adjudge the defendant guilty of the offense(s) to which a guilty plea was offered.

Dated:       June 10, 2008
             White Plains, New York

                                  Respectfully submitted,


                                  Lisa Margaret Smith
                                  United States Magistrate Judge